No. 05–796. GUAM *v.* FIRST NATIONAL BANK OF OMAHA. C. A. 9th Cir. Certiorari denied.

No. 05–806. WEBBER *v.* INTERNATIONAL PAPER CO. C. A. 1st Cir. Certiorari denied.

No. 05–808. SISSON *v.* PREISTER. Ct. App. D. C. Certiorari denied.

No. 05–812. LONG CLOVE, LLC *v.* TOWN OF WOODBURY, NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 05–813. DI SIBIO ET UX. *v.* MISSION NATIONAL BANK. C. A. 9th Cir. Certiorari denied.

No. 05–823. MONTANA SPORTS SHOOTING ASSN., INC., ET AL. *v.* NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 05–824. NAPIER *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 05–854. WIDTFELDT *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–860. MUTNICK *v.* SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 05–870. ROSS *v.* OKLAHOMA DEPARTMENT OF PUBLIC SAFETY. Ct. Civ. App. Okla. Certiorari denied.

No. 05–894. MULLINS *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 05–900. BEAMS *v.* NORTON, SECRETARY OF THE INTERIOR. C. A. 10th Cir. Certiorari denied.

No. 05–6344. WILLIS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 05–6849. GRIFFIN *v.* WILEY, WARDEN. C. A. 11th Cir. Certiorari denied.